·[No. 17493.    *En Banc*.    December 13, 1923.]

GEORGE RILEY *et al.*, *Respondents*, v. S. E. VARIAN *et al.*, *Appellants*.[1]

Appeal from a judgment of the superior court for Yakima county, Nichoson, J., entered April 10, 1922, in favor of the plaintiffs, in an action to set aside a tax deed, tried to the court. Affirmed.

*Sydney Livesey* (*J. Lenox Ward*, of counsel), for appellants.
*D. V. Morthland*, for respondents.

ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc*, a majority of the court adhere to the opinion heretofore filed herein, as reported in 123 Wash. 436, 212 Pac. 545, and the judgment is therefore affirmed.

---

[No. 17932.    *En Banc*.    December 13, 1923.]

THE STATE OF WASHINGTON, *Respondent*, v. GUST SWAZEY, *Appellant*.[2]

Appeal from a judgment of the superior court for Pacific county, Hewen, J., entered December 11, 1922, upon a trial and conviction of adultery. Reversed.

*Fred M. Bond*, for appellant.
*John I. O'Phelan* and *A. D. Gillies*, for respondent.

ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc*, a majority of the court adhere to the opinion heretofore filed herein, as reported in 125 Wash. 537, 216 Pac. 877, and the judgment of the trial court is therefore reversed and the appellant discharged.

[1]Reported in 221 Pac. 340.
[2]Reported in 221 Pac. 340.